177 A.3d 111

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. HEATHER QUINTANA, DEFENDANT–PETITIONER.

C–413 September Term 2017
079657

December 8, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003254–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.